**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6431

BILLY G. ASEMANI,

Petitioner - Appellant,

v.

MICHAEL B. MUSKASEY; THE ATTORNEY GENERAL OF THE USA; MICHAEL
CHERTOFF; SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:08-cv-
00347-RWT)

Submitted: October 10, 2008        Decided: November 6, 2008

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Billy G. Asemani, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy G. Asemani, a Maryland state prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. <u>Asemani v. Mukasey</u>, No. 8:08-cv-00347-RWT (D. Md. Mar. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>